No. 689. HADEN v. DOWD, WARDEN. February 12, 1940. Petition for writ of certiorari to the Supreme Court of Indiana, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. Oscar B. Thiel* for petitioner.

No. 608. CENTURY DISTILLING Co. v. CONTINENTAL DISTILLING CORP. February 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Edward S. Rogers, Karl D. Loos,* and *William T. Woodson* for petitioner. *Messrs. Thomas G. Haight* and *Leonard L. Kalish* for respondent.

No. 620. CROWLEY, RECEIVER, v. ICKES, SECRETARY OF THE INTERIOR. February 12, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. James E. Trask* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Messrs. Frederick Bernays Wiener, Richard H. Demuth,* and *Aaron B. Holman* for respondent.

No. 627. BAKER v. WISCONSIN. February 12, 1940. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. Van B. Wake* for petitioner. *Mr. Harold H. Persons* for respondent.

No. 636. EVANS ET AL. v. JOHNSTON ET AL. February 12, 1940. Petition for writ of certiorari to the Appellate Court, First District, of Illinois, denied. *Messrs. Charles S. Deneen* and *Roy Massena* for petitioners. *Messrs.*